UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-CR-69-MOC-WCM-1

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | |
| Vs. ) | ORDER |
| **DANIEL RAEMAR JACKSON**, ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss Count Two, (Doc. No. 14), of the Indictment, (Doc. No. 1), without prejudice. For the reasons stated in the motion, the Court finds good cause to grant the requested relief.

**IT IS ORDERED** that the Government's motion, (Doc. No. 14), is **GRANTED** and Count Two of the Indictment, (Doc. No. 1), is **DISMISSED without prejudice**.

Signed: December 7, 2021

Max O. Cogburn Jr
United States District Judge